UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAUL BEDOLLA-IBARRA,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No. 1:16-cr-00092

## ORDER

Defendant appeared before me on June 3, 2016, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered.  I also note that Immigration and Customs Enforcement (ICE) has lodged a detainer against defendant.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED this 3rd day of June, 2016.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge